

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00160-CV

JAMES C. WALLS                                                          APPELLANT

V.

MARTIN KRISTO                                                           APPELLEE

------------

## FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On June 14, 2010, and June 30, 2010, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $175 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellant has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

[2]*See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial*

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  July 22, 2010

---

*Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).